

**FILED**
10/26/2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**
9-4-12
SEP 4 2012
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Name:
Address:
Telephone:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ILLINOIS
## 7TH CIR DIVISION

DARCY D. BEL
(Full Name)
PLAINTIFF

vs.

KANE County JAIL et al.
Sheriff PATRICK B. Perez
SGT. Chris Ducay and Richard Campbell. Sued In Their Individual and Official Capacity
DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

12CV7058
JUDGE KENDALL
MAGISTRATE KIM

### A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. ☒ 42 U.S.C. §1983
    b. ☒ 42 U.S.C. §1985
    c. ☐ Other (Please Specify) _____

2. NAME OF PLAINTIFF  DARCY D. BEll
   IS A CITIZEN OF THE STATE OF  Illinois

   PRESENT MAILING ADDRESS:  2600 N. BRINTON AV
   DIXON Il 61021

3. NAME OF FIRST DEFENDANT PATRICK B. Perez
   IS A CITIZEN OF ST. Charles Il
   (City and State)

   IS EMPLOYED AS Sheriff at KANE CC
   (Position and Title if Any)  (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES X NO__. If your answer is "YES" briefly explain.

   A JAIL OR Prison official generally act under color of state law Whenever he is "on The job"

4. NAME OF SECOND DEFENDANT Chris Ducay
   (If applicable)
   IS A CITIZEN OF Illinois
   (City and State)

   IS EMPLOYED AS Sergent at KANE.
   (Position and Title if Any)  (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES X NO__. If your answer is "YES" briefly explain.

   A JAIL OR Prison official generally act under color of STATE Law Whenever he is "on The job"

5. NAME OF THIRD DEFENDANT Richard Campbell
   (If applicable)

   IS A CITIZEN OF Illinois
   (City and State)
   IS EMPLOYED AS Correctional officer at KANE.
   (Position and Title if Any)  (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES X NO___. If your answer is "YES" briefly explain.

A JAIL OR prison OFFICIAL generally act under color OF STATE Law Whenever he is "on The Job"

6. NAME OF FOURTH DEFENDANT Robinson
(If applicable)

IS A CITIZEN OF Illinois
(city and State)

IS EMPLOYED AS Correctional officer at KANE.
(Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES X NO___. If your answer is "YES" briefly explain.

A JAIL OR prison OFFICIAL generally act under color OF STATE Law Whenever he is "on The Job"

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

The Plaintiff was subjected To cruel and unusual punishment in VIOLATION OF The 8TH AMENDMENT OF THE United STATE Constitution and Also The 14TH AMENDment OF The united STATE constitution. When The said Defendant's place The Plaintiff in Restraint's and handcuff's and used excessive, Malicious and sadistic Force against The Plaintiff When The Defendant's Force The Plaintiff in a Restraint Chair, Strapped Plaintiff Down, Hit and punch, choke and Pepper Sprayed The Plaintiff While being Strapped Down in Restraints

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Plaintiff was subjected to cruel and unusual punishment in violation of the Eighth Amendment to the Constitution.

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   The Defendant PATRICK B. Perez ordered that all Correctional Officer's, Sergent, Lutinut's Major's etc to take the Plaintiff and other pretrial detainee mattress from thire cell's Once pretrial detainee's are place on Red Status (segragation) causing the pretrial detainee to either sleep on the hard steal bed frame or floor.

   b. (1) Count II: Plaintiff was denied due process under the Fourteeth Amendment to the Constitution.

   (2) Supporting Facts: The Defendant's violated Plaintiff's Fourteenth Amendment rights to due process by continuously keeping Plaintiff in restraints for sixteenth and a half hour's with out letting the Plaintiff wash the pepper spray out of his face nor use the restroom nor drinking water e.t.c.

   c. (1) Count III: Plaintiff was subjected to cruel and unusual punishment in violation of the Eight Amendmen to the United State Constition.

(2) Supporting Facts: The Defendant's use excessive Force Maliciously and Sadisticly against The Plaintiff which was cought on Audio Video When The Defendants, Choked, Punched, Pepper Sprayed and Hit The Plaintiff While In Restraints and Deprived To Plaintiff Restroom, Asma pump, and Shower To clean The Pepper Spray Out of Plaintiff Face For Sixteenth-n-half Hours. e.t.c

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

The Plaintiff has been injured, physically, emotionaly, psychologically, mentally, de minimis, e.t.c. Due To The Action's Of The Defendant's Attack On The Plaintiff. Causing physical Harm and Injury's To The Plaintiff.

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES____ / NO __X__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a. Parties to previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

    b. Name of court and case or docket number: _____

    c.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d.    Issues raised: _____

_____

_____

    e.    When did you file the lawsuit? _____
                                                            Date    Month    Year

    f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

### F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

A.) Declare That The acts and omissions Described herein violated Plaintiff's rights under The Constitution and Laws of The United STATES;

B.) order Defendants To pay compensatory, Nominal and punitive Damages;

C.) order Defendants To pay reasonable Attorney Fees and cost;

and D.) Grant other just and equitable relief That This Honorable Court deems necessary.

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at   Dixon C.C.   on   8/21/   20 12.
              (Location)           (Date)

*Darcy Bell*
Signature

STATEMENT OF FACT'S / DISCovery pretaining to case

On The Date of: 11/3/11, I, DARCY D. BEll was Remanded From The DIXon correctional center Jail to the KANE county Jail do to an pending case That was pending against him. On the Date of 11/23/11 The plaintiFF in This Said Lawsuit was Removed From his Living unit (Deck Location in the Jail) on E-pod AT The KANE county Jail FOr unknown Reasons. To Another Location AT The KANE County Jail which was The Maxium Segragation unit Located ON The First Floor of The Jail (known as Red STATUS) For Segregated Detainee Located on F-pod (A Living Area) OF The KANE County Jail. On The DATE OF 11/23/11 AT APPX 6 AM, The KANE county OFFICer's was Conducting round's and Taking Detainee Mattresse's and Blanket's e.t.c upon Arriving To My cell # 31 OF The Segregated unit The OFFIcer's came To me ASKing For My Mattresses E.T.C upon ASKing why I was Told That It was part of Thier protacal every day From The sheriFF To Make us sleep on The Floor OF The Jail or The hard Metal bed Frame as part of our punishment For being on Red status (segragation unit of The Jail) I Told The OFFICer's That This is A violation of The 8Th Amendment constitution which protect a person From cruel -N- unuseul punishment and That I would Not give up my mattress. The OFFIcer's called For bag up and Told me That They was going to spray me -N- beat me IF I did Not give them The MATTress So I wrapped A Towl over my



Face so that they would not harm me and spray me. When bag up came I was then hand cuffed, force in a restringing chire, sprayed in the face with pepper spray by the officer's winile still in hand cuff's and straped to the chair then punch in the mouth and lip and nois which bleed, then a spit mask was place over my head. Then I was push in a cell and left thire for hour's which left me suffering but the pepper spray was still in my face and the officer's would not let me wash it out of my face. I sat like that for 15 and a half hours with out the oppatuntity of using the rest room, washing the mase out of my face and drinking water and durning this time I had to use the rest room on myself multible times e.t.c I also had an asma attack 3 or 4 times and was no giving an innaler. Which was all cousnt on video camera that the court obtained. Later on that day I threaten an lawsuit. and then the officer's wnent to the state's attorney and file criminal charges on me as retaliation.

The foregoing thing's had accured at the Kane County jail on 11/23/11 and was cousnt on video

Respectfully submitte
Danny Bell