**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DARCY BELL,<br>            Plaintiff,<br>   v.<br>CHRIS DUCAY,<br>RICHARD CAMPBELL,<br>            Defendants. | CIVIL ACTION NO. 1:12-cv-07058<br><br>HONORABLE VIRGINIA M. KENDALL<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO DISMISS

NOW COMES Plaintiff Darcy Bell and Defendants Chris Ducay and Richard Campbell, by and through their respective attorneys, who hereby stipulate to dismiss the above-captioned case. The Plaintiff and Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice without leave to reinstate.

2. Each party shall bear their own attorneys' fees, costs, and expenses.

Dated: April 6, 2016

Respectfully Submitted,

/s/ *Stephen M. Wurth*
George C. Lombardi
glombardi@winston.com
Attorney Reg. No. 6187715
Stephen M. Wurth
swurth@winston.com
Attorney Reg. No. 6304340
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 558-5600
Fax:     (312) 558-5700

*Attorneys for Plaintiff Darcy Bell*

/s/ *Deborah Lang*
Joseph F. Lulves
lulvesjoseph@co.kane.il.us
Deborah Lang
langdeborah@co.kane.il.us
Attorney Reg. No. 6290004
Kathleen Watson
Attorney Reg. No. 6192972
Kane County State's Attorney's Office
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320

*Attorneys for Defendants
Chris Ducay and Richard Campbell*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2016, a true and correct copy of the foregoing was filed with the Court via the ECF system and was served via the ECF system to all counsel of record who have consented to such service.

                                                           /s/ *Stephen M. Wurth*