12-cv-7058

**FILED**

MAY 1 1 2016

THOMAS G. BRUTON 5/9/16
CLERK, U.S. DISTRICT COURT

TO: U.S. DISTRICT CLERK OF COURT
FROM: BELL DARCY # R45443
REGUARDING: BELL V. DUCAY ET.AL
C.C. DISbursement/REbursement of court ORDERED Fee's
CHECK #: (BATCH: 1063141)(Check# 106371) DESCRIPTION: 0014679, US clerk) 03/09/2015.

I am writing you in reguards of the REbursement of the $331.82, Check that was sent out to the U.S. DISTRICT CLERK OF COURT by THE Pontiec Correctional center on 4/15/16. Forether more, in BELL V. DUCAY ET al case # 12-cv-7058, A SATTLEMENT Agreement was Reached in this case and as PART OF THE SATTLEMENT Agreement All Fees was waved such as (Filling Fees) Document Fee's and All other Fee's. IT was Order that both Party's Shell only pay Lawyer Fees.

Please Find documents inclosed. I am Requesting for the Filing Fee/Check to be Returned to me A.S.A.P AND/OR A BLANK Motion ~~Another Fee~~ Form For Return of Property et al Shell be sent to me so that I can FILE WITH THE COURT'S FOR THE Return of my money Thank you For you coruparation

RESPECTFULLY SUBMITTED
Darcy Bell



WINSTON
& STRAWN
LLP

North America  Europe  Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**STEPHEN M. WURTH**
Associate
(312) 558-7490
swurth@winston.com

April 7, 2016

Mr. Darcy D. Bell
#R45443
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764

Re: *Bell v. Ducay et al.*, No. 12-cv-7058 (N.D. Ill.)

Dear Darcy:

Enclosed please find the Court's order dismissing your case pursuant to the settlement agreement that you executed with the defendants. This brings an end to your case. I am informed that your settlement check is being processed and very likely will be mailed on Friday, April 8.

I am also enclosing our firm's disengagement letter. This letter memorializes the fact that in light of the dismissal, our representation of you has concluded.

Very truly yours,

Stephen M. Wurth

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Darcy D. Bell

                    Plaintiff,

v.                                   Case No.: 1:12−cv−07058
                                             Honorable Virginia M. Kendall

Chris Ducay, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2016:

      MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed with prejudice without leave to reinstate. Each party to bear their own attorneys' costs. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.