# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DARCY BELL,<br>    Plaintiff,<br>v.<br><br>CHRIS DUCAY,<br>RICHARD CAMPBELL,<br>    Defendants. | CIVIL ACTION NO. 1:12-cv-07058<br><br>HONORABLE VIRGINIA M. KENDALL<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to the Court's order on May 24, 2016, *see* D.I. No. 118, Plaintiff Darcy Bell and Defendants Chris Ducay and Richard Campbell, by and through their respective attorneys, submit the following Joint Status Report.

1.  On October 26, 2012, the Court granted Mr. Bell's motion to proceed *in forma pauperis*. In that order, the Court ordered collection of a partial filing fee and ordered monthly payments under certain requirements until the full $350 filing fee was paid.

2.  The parties executed a settlement agreement resolving their dispute on April 6, 2016. The parties then dismissed the above-captioned action pursuant to that settlement agreement on April 6, 2016.

3.  The agreement states that the respective parties will each bear their own costs, fees and expenses.

Dated: June 1, 2016                                          Respectfully Submitted

/s/ *Kathleen Watson*                                        /s/ *Stephen M. Wurth*
Joseph F. Lulves                                             George C. Lombardi
lulvesjoseph@co.kane.il.us                                   glombardi@winston.com
Deborah Lang                                                 Attorney Reg. No. 6187715

langdeborah@co.kane.il.us
Attorney Reg. No. 6290004
Kathleen Watson
Attorney Reg. No. 6192972
Kane County State's Attorney's Office
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320

*Attorneys for Defendants*
*Chris Ducay and Richard Campbell*

Stephen M. Wurth
swurth@winston.com
Attorney Reg. No. 6304340
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 558-5600
Fax:     (312) 558-5700

*Attorneys for Plaintiff Darcy Bell*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2016, a true and correct copy of the foregoing was filed with the Court via the ECF system and was served via the ECF system to all counsel of record who have consented to such service.

/s/ *Stephen M. Wurth*